**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **PATRICK W. DEVLIN,** ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **VS.** ) | **CIVIL ACTION NO.:** |
| ) | |
| **NORTHSTAR LOCATION** ) | **4:10-cv-259** |
| **SERVICES, LLC** ) | |
| **DEFENDANT.** ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff Patrick W. Devlin, and for his Notice of Settlement states:

1. On March 8, 2010, the parties agreed to a settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before March 30, 2010.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including March 30, 2010 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

| | |
|---|---|
| 03/15/2010<br>**Dated** | **THE SWANEY LAW FIRM**<br><br>/s/ Robert T. Healey<br>Robert T. Healey<br>EDMO # 3356; MO Bar #34138<br>Attorney at Law<br>3460 Hampton, Suite 205<br>St. Louis, MO 63139<br>rhealey@swaneylawfirm.com<br>telephone: (314) 481-7778<br>fax:  (314) 481-8479 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 28th day of February 2010.

/s/ Robert T. Healey